FRANCIS D. LANGSTROTH, Respondent, *v.* J. C. TURNER CYPRESS LUMBER COMPANY, Appellant.

*Langstroth* v. *Turner Cypress Lumber Co.*, 162 App. Div. 818, affirmed.

(Argued March 14, 1917; decided April 3, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 28, 1914, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover damages from defendant caused by its failure to deliver a cargo of lumber to the firm of Henson & Pearson, plaintiff's assignor, under a written contract of sale made by defendant's agent, Hoban. Demand for delivery and failure to deliver is admitted in the answer. With this exception the answer is a general denial. The Statute of Frauds is also set up as a defense.

*Arthur O. Townsend* and *Harcourt Bull* for appellant.

*D. Theodore Kelly* and *F. Ferris Hewitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.